FILED

AUG 3 1 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE MICHAEL SAUNDERS,<br><br>Defendant. | CR 17-11-M-DWM<br><br>ORDER |

This matter comes before the Court on the United States' unopposed motion for a preliminary order of forfeiture (Doc. 37 ). Defendant Shane Michael Saunders appeared before Magistrate Judge Jeremiah C. Lynch Court on June 8, 2017, and entered a plea of guilty to the indictment filed on March 17, 2017. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253.

IT IS ORDERED:

THAT Defendant Shane Michael Saunders' interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253:

Verizon LG mobile phone model LGL39C

ID# 270113183807575783

THAT the Department of Homeland, or its designated sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 31st day of August, 2017.

_____
Donald W. Molloy, District Judge
United States District Court

-2-